UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JENNINGS WARNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.16-cv-06773-JSC<br><br>**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR AN INJUNCTION AND NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Re: Dkt. Nos. 97 & 99 |

The Court is in receipt of Plaintiff's March 18, 2017 filing entitled "Ex Parte Application for Prohibitory Injunction/Temporary Restraining Order and Mandatory Injunction" wherein Plaintiff asks the Court to: (1) enjoin an administrative proceeding regarding a complaint he filed with the City and County of San Francisco's Office of Citizen Complaints, and (2) enjoin anyone from the City and County of San Francisco from contacting Plaintiff, his family, and any prospective witnesses. (Dkt. No. 97.)  Plaintiff's motion is DENIED as it seeks relief beyond the jurisdiction of the Court.  The Court previously stayed discovery in this action until the pleadings were settled.  (Dkt. No. 44.)  This stay applies to Plaintiff and Defendants equally.

The Court has also received Plaintiff's Notice Showing Cause for his Non-Appearance at the March 20, 2017 ADR Phone Conference.  (Dkt. No. 99.) The Court will address ADR matters at the Case Management Conference on May 11, 2017.

Plaintiff shall not file any further motions until the Court determines what claims may go forward in this action.

**IT IS SO ORDERED.**

Dated:  March 24, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge