UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JENNINGS WARNE, <br> Plaintiff, <br> v. <br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br> Defendants. | Case No.16-cv-06773-JSC <br><br> **ORDER RE: DOCKET NOS. 140, 141, AND 155** <br><br> Re: Dkt. Nos. 140, 141, 155 |

Defendants' Administrative Motion for an Order enjoining Plaintiff from transmitting pornographic materials via email is DENIED. (Dkt. No. 140.) Plaintiff has explained the circumstances for his email.

The Court previously considered and ruled on Plaintiff's request for sealing of certain matters discussed in Defendant's administrative motion. (Dkt. No. 139.) The Court ordered Exhibits E-G to be filed under seal. Plaintiff now seeks sealing of the entirety of the motion on the same basis. (Dkt. No. 141.) Plaintiff's request is DENIED because he has not established good cause for sealing this filing in its entirety in accordance with Civil L.R. 79-5.

The Clerk has issued Plaintiff's subpoenas duces tecum. (Dkt. No. 158.)

At the Further Case Management Conference on August 31, 2017, the Court will hear argument regarding Plaintiff's Motion to Quash the Subpoena to One Medical Group. (Dkt. No. 153.) Defendants' opposition to this motion, if any, is due Monday, August 28, 2017. The Court will also address the parties' apparent dispute regarding the contents of a protective order at the case management conference, as well as any other outstanding discovery issues. Plaintiff is granted leave to appear by Court Call. He may contact Court Call at 1-888-882-6878 to make arrangements to appear telephonically.

This Order disposes of Docket Nos. 140, 141 and 155.

**IT IS SO ORDERED.**

Dated: August 22, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge